854

**EX PARTE Jerome GREER**

**CR-14-0486**

Court of Criminal Appeals of Alabama.

02/24/2015

Reh. denied 03/23/2015

Habeas corpus pet. dismissed

**EX PARTE James JONES**

**CR-14-0488**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. dismissed

**EX PARTE Benigno Steven GARZA III**

**CR-14-0492**

Court of Criminal Appeals of Alabama.

02/24/2015

Mand. pet. dismissed

**EX PARTE Travonte Keon BUTLER**

**CR-14-0493**

Court of Criminal Appeals of Alabama.

02/24/2015

Habeas corpus pet. dismissed

**EX PARTE Calvin MCMILLAN**

**CR-14-0498**

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. denied

**Larry Joe COLEMAN, Jr.**

v.

**STATE**

**CR-14-0504**

Court of Criminal Appeals of Alabama.

03/26/2015

Dismissed